**JARDIM, MEISNER & SUSSER, P.C.**
Scott D. Salmon, Esq. (152162015)
30B Vreeland Road, Suite 100
Florham Park, NJ 07932
T: (973) 845-7640
*Attorneys for Plaintiff, LABEL Health, LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LABEL Health, LLC,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Haywire Consulting, Inc. and Matthew Blackwell,**<br><br>    Defendants. | Civ. Action No: 1:20-cv-05640-VSB<br><br>**Request for Entry of Default**<br><br>Application denied without prejudice. Plaintiff is directed to refile its request for a default judgment consistent with my Individual Rule 4.H., and in accordance with the procedures set forth in Local Civil Rules 55.1 and 55.2 for obtaining a Clerk's Certificate of Default.<br><br>SO ORDERED:<br><br>*/s/ Vernon S. Broderick*<br>HON. VERNON S. BRODERICK  11/10/2020<br>UNITED STATES DISTRICT JUDGE |

   Pursuant to *Fed. R. Civ. P.* 55(a), Plaintiff, LABEL Health, LLC, hereby requests an entry of default against Defendants, Haywire Consulting, Inc. and Matthew Blackwell (collectively, "Defendants") for their failure to appear or otherwise respond to Plaintiff's Complaint within the time set forth in the Federal Rules of Civil Procedure.

   In support of Plaintiff's request for entry of default, Plaintiff relies on the accompanying declaration of Scott D. Salmon, Esq., dated October 22, 2020.

                    **JARDIM, MEISNER & SUSSER, P.C.**

                    /s/ Scott D. Salmon, Esq.
                    Scott D. Salmon, Esq.
                    *Attorneys for Plaintiff, LABEL Health, LLC*

**JARDIM, MEISNER & SUSSER, P.C.**
Scott D. Salmon, Esq. (152162015)
30B Vreeland Road, Suite 100
Florham Park, NJ 07932
T: (973) 845-7640
*Attorneys for Plaintiff, LABEL Health, LLC*

# The United States District Court
# For the Southern District of New York

| | |
|---|---|
| LABEL Health, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>Haywire Consulting, Inc. and Matthew Blackwell,<br><br>      Defendants. | Civ. Action No: 1:20-cv-05640-VSB<br><br>**Declaration of Scott D. Salmon, Esq.** |

1. I am counsel for Plaintiff, LABEL Health, LLC.

2. I make this declaration in support of Plaintiff's request for entry of default.

3. On July 21, 2020, Plaintiff filed its Complaint. (ECF. No. 1).

4. Defendant, Haywire Consulting, Inc. was served with a Summons and a copy of the Complaint. An Affidavit of Service was returned and filed with this Court. (ECF No. 4).

5. Defendant, Matthew Blackwell was personally served with a Summons and a copy of the Complaint. An Affidavit of Service was returned and filed with this Court. (ECF No. 3).

6. More than twenty-one (21) days have elapsed since both Defendants were served, and both Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

7. Neither Defendant has been granted any extension of time to answer or otherwise respond to the Complaint.

8. Plaintiff requests that default be entered against Defendant, Haywire Consulting, Inc., and Defendant, Matthew Blackwell.

I declare that the above statements are true. I understand that if any of the statements are willfully false, I may be subject to punishment.

Dated: October 22, 2020    **JARDIM, MEISNER & SUSSER, P.C.**

<u>/s/ Scott D. Salmon, Esq.</u>
Scott D. Salmon, Esq.
*Attorneys for Plaintiff, LABEL Health, LLC*