

360 Lexington Avenue
New York, New York  10017

Direct Dial: 212.412.9522
Tel: 212.922.9250, Ext. 267
Fax: 212.922.9335
ckesch@ganfershore.com

December 10, 2020

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 12/14/2020

The parties are directed to appear for a telephonic conference on January 8, 2021 at 2:30 p.m. The parties shall enter the conference by dialing 1-888-363-4749 and entering access code 2682448.  The parties shall submit a joint letter detailing their settlement discussions by December 30, 2020.

**VIA ECF**
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, NY 10007

    Re:    *Luna and Rios v. Fratelli Italiani, LLC and Kavita Jagnarine*,
            <u>No. 19-cv-10849 (S.D.N.Y.) (VSB)</u>

Dear Judge Broderick:

    This firm represents the defendants in the above-referenced action.  On behalf of all parties, we write to update the Court about the status of the parties' settlement and to request another telephonic conference with the Court.

    During a telephonic conference with this Court on November 13, 2020, counsel for the parties explained how they were unable to finalize the settlement due to the continued closure of defendants' business operations as a result of the ongoing COVID-19 pandemic.  The Court directed the parties to meet and confer concerning how this action should proceed while defendants' business remains closed and to provide a joint letter by December 10, 2020, and suggested holding another telephonic conference with the parties thereafter.

    The parties have met-and-conferred in good faith but have not been able to consummate the settlement or reach agreement as to how to proceed.  Accordingly, the parties respectfully request an opportunity to discuss this matter further with the Court during another telephonic conference with Your Honor.

    We appreciate the Court's consideration.

                                                    Respectfully,

                                                    */s/ Craig S. Kesch*

                                                    Craig S. Kesch

cc:    Counsel of Record (via ECF)