USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                             :

Label Health, LLC,

                             Plaintiff,

                      -against-

Haywire Consulting, Inc. and Matthew
Blackwell,

                          Defendants.

-------------------------------------------------------- X

20-CV-5640 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on July 21, 2020, (Doc. 1), and filed an affidavit of service on Defendant Matthew Blackwell and acknowledgement of service by Defendant Haywire Consulting, Inc. on October 22, 2020, (Docs. 3, 4). The deadline for Defendants to respond to Plaintiff's complaint was August 18, 2020. (*See* Docs. 3, 4.) To date, neither Defendant has appeared or responded to the complaint.

       On November 10, 2020, I directed Plaintiff file a request for a default judgment consistent with my Individual Rule 4(H), and in accordance with the procedures set forth in Local Civil Rules 55.1 and 55.2 for obtaining a Clerk's Certificate of Default. (Doc. 6). Between December 16, 2020 and January 6, 2021, Plaintiff filed multiple requests for a Clerk's Certificate of Default. (Docs. 9, 10, 11.) On January 6, 2021, the Clerk of Court entered a Certificate of Default as to Defendants. (Doc. 12.) Plaintiff sought a default judgment order against Defendants, on January 27, 2021. (Docs. 18–21.) I accordingly ordered Defendants to show cause as to why a default judgment should not be issued against them at a telephonic conference scheduled for February 18, 2021. (Doc. 22.)

       Today, Plaintiff appeared before me and Defendants did not appear at the conference.

For the reasons stated on the record, it is hereby:

ORDERED that a default is entered against Defendants Matthew Blackwell and Haywire Consulting, Inc., on the issue of liability.

IT IS FURTHER ORDERED that this action is referred to Magistrate Judge Stewart D. Aaron for an inquest on damages.

SO ORDERED.

Dated: February 19, 2021
New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge