UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Label Health, LLC,

                Plaintiff,

-against-

Haywire Consulting, Inc. and Matthew
Blackwell,

                Defendants.
------------------------------------------------------------X

20 **CIVIL** 5640 (VSB)(SDA)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 3, 2021, the Report and Recommendation is ADOPTED in its entirety. Plaintiff is granted judgment against Defendants Haywire and Blackwell, jointly and severally, in the amount of $104,750.00 in damages, along with pre-judgment interest at 9% per annum from May 25, 2020, in the amount of $9,685.79 and $400.00 in costs; accordingly, the case is closed.

**Dated:** New York, New York
         June 4, 2021

                                          **RUBY J. KRAJICK**

                                             Clerk of Court
                 **BY:**

                                             **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/2021